**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE**

---

CALANDRA HARDIN,

   Plaintiff,

vs.

DMC – MEMPHIS, LLC (a/k/a and d/b/a
Delta Specialty Hospital),

   Defendant.

CASE NO. 2:23 – cv – 02713

**JURY DEMANDED**

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

   **COME NOW** the Parties, Plaintiff Calandra Hardin and Defendant DMC – Memphis, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and file this joint stipulation of dismissal with prejudice of this action in its entirety, with each party bearing its own discretionary costs and expenses.

   Respectfully submitted,

   /s/*Craig A. Edgington*
   Craig A. Edgington (TN Bar #38205)
   Brice M. Timmons (TN Bar #29582)
   WATSON BURNS, PLLC
   5865 Ridgeway Center Parkway;
   Suite 300
   Memphis, Tennessee 38210
   Tel. (901) 529-7996
   cedgington@watsonburns.com
   btimmons@watsonburns.com
   *Counsel for Plaintiff*

*/s/ Julia Kavanagh*
Julia M. Kavanagh (TN Bar #28144)
Louise C. Biedenharn (TN Bar #28256)
40 S. Main Street, Suite 2600
Memphis, Tennessee 38130
Tel. (901) 620-4990
jkavanagh@hallboothsmith.com
lbiedenharn@hallboothsmith.com
*Counsel for DMC – Memphis, LLC d/b/a*
*DELTA SPECIALTY HOSPITAL*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served on all parties in this action via this court's ECF filing system this 6th of April 2026.

*/s/Craig A. Edgington*