**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

CALANDRA HARDIN,

      Plaintiff,

v.                                                                Case No. 2:23-cv-02713-MSN-cgc
                                                                  JURY DEMAND

DMC-MEMPHIS, LLC (a/k/a and d/b/a
DELTA SPECIALTY HOSPITAL),

      Defendant.

---

## JUDGMENT

---

**JUDGMENT BY COURT.**  This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed November 7, 2023.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Voluntary Dismissal (ECF No. 57), filed April 6, 2026, this matter is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE


April 06, 2026
Date